# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES H. GRESHAM

VS CASE NO. 3:93cr3053/RV

UNITED STATES OF AMERICA

**REFERRAL AND ORDER**

Referred to Judge Vinson on 09/15/2006

Type of Motion/Pleading REQUEST FOR RELIEF PURSUANT TO THE DOCTRINE OF STRUCTURAL ERROR OR IN THE ALTERNATIVE PURSUANT TO THE F.R. CRIMINAL PROCEDURE RULE 52(A)

Filed by: Defendant Gresham on 7/31/06 Doc. No. 637

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

None on ______ Doc. No. ______

______ on ______ Doc. No. ______

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ V. Harmon*
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 15th day of September, 2006, that:

(a) The requested relief is DENIED.

(b) ______

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: ______ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: ______

Document No.