**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                 CASE NO.  3:93-03053/RV

JAMES H GRESHAM

### REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   June 18, 2007

Motion/Pleadings:   MOTION for relief from a Judgment pursuant to Fed.R.Civ.Procedure Rule 60(B0(6)

Filed by   Defendant (pro se)   on 5/24/2007    Doc.#   653

RESPONSES:

 United States                  on 6/18/2007    Doc.#   654

                                      on                Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed     \_\_\_\_ Consented

                                     WILLIAM M. McCOOL, CLERK OF COURT

                                     s/Jerry Marbut
LC (1 OR 2)                       Deputy Clerk: Jerry Marbut

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this   19th  day of   June  , 2007, that:*

*(a) The relief requested is DENIED for lack of jurisdiction.*

*(b)* _____

                                            /s/ *Roger Vinson*
                                                  *ROGER VINSON*
                                  *Senior United States District Judge*