AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **JAMES H. GRESHAM** | ) Case No: 3:93cr03053-08/RV |
| | ) USM No: 03087-017 |
| Date of Previous Judgment:  October 13, 1993 | ) Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   360   months **is reduced to**   336 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   44                Amended Offense Level:   42
Criminal History Category:   I            Criminal History Category:   I
Previous Guideline Range:   Life   to   ___ months     Amended Guideline Range:   360mos   to   Life

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  October 13, 1993   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 1, 2008            /s/ *Roger Vinson*
                                                                           Judge's signature

Effective Date:  _____          Roger Vinson, Senior U.S. District Judge
       (if different from order date)                   Printed name and title