IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **3:93cr03053-08/RV**

**JAMES H. GRESHAM**

---

## ORDER

This case is before the court upon limited remand by the Eleventh Circuit Court of Appeal to consider the question of whether a certificate of appealability is required in defendant's appeal of the motion for writ of error audita querela. (See doc. 692). Defendant's notice of appeal may properly be construed as a request for a certificate of appealability.[1]  However, a certificate of appealability is not required to appeal the denial of such a writ.  See *United States v. Garza,* 185 Fed.Appx. 430 (5th Cir. 2006); *United States v. Topsy*, 181 F.3d 96 (5th Cir. 1999).  To the extent that defendant's motion was construed as a successive § 2255 motion, the court finds that the defendant has not made a substantial showing of the denial of a constitutional right, see *United States v. Futch*, 518 F.3d 887 (11th Cir. 2008), and his request for a certificate of appealability is DENIED.

DONE AND ORDERED this 18th day of May, 2009.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *See Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).